IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**                                                                                         **PLAINTIFF**

v.                  **CASE NO. 3:22-CV-00337-BSM**
                     **CASE NO. 3:22-CV-00339-BSM**
                     **CASE NO. 3:22-CV-00340-BSM**
                     **CASE NO. 3:22-CV-00342-BSM**

**JONESBORO POLICE DEPARTMENT,** *et al.*                                          **DEFENDANTS**

## ORDER

On December 30, 2022, Micah Angel filed fourteen lawsuits in the Eastern District of Arkansas, including the four referenced above. In the interest of judicial economy and consistent rulings, the clerk is directed to immediately transfer these four cases to the Honorable Billy Roy Wilson.

IT IS SO ORDERED this 4th day of January, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE