# IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## NORTHERN DIVISION

**MICAH ANGEL**                                                                                           **PLAINTIFF**

**v.**                                              **3:22-CV-00340-BRW**

**UNITED STATES POSTAL SERVICE**                                                          **DEFENDANT**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that Defendant "hires drug dealers and drug addicts," delivers mail that "smells like cigarettes," and does not deliver packages on time.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 5th day of January, 2023.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.